# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTELL CHARROD WILLIAMS, | NO. ED CV 11–0509 DOC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.D. MCDONALD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 9, 2012

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE